NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHYLLIS A. HUMPHREY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7061

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-878, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

Phyllis A. Humphrey moves for reconsideration of the court's November 30, 2010 order dismissing her appeal for failure to respond to the court's show cause order dated March 24, 2010.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

<u>MAR 1 7 2011</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:  Phyllis A. Humphrey
     Michael D. Snyder, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK